No. 73–1353. IRA S. BUSHEY & SONS, INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir. Motion of American Waterways Operators, Inc., for leave to file brief as *amicus curiae* granted. Certiorari denied.

No. 73–1425. PENNSYLVANIA *v.* PLATOU. Sup. Ct. Pa. Certiorari denied, it appearing that judgment below rests upon an adequate state ground.

No. 73–1441. ROBINSON ET AL. *v.* HAWAII ET AL.; and
No. 73–1442. ALBARADO ET AL. *v.* HAWAII ET AL. Sup. Ct. Hawaii. Motion of Hawaiian Sugar Planters Assn. for leave to file brief as *amicus curiae* granted. Certiorari denied.

No. 73–1635. HEYNE, COMMISSIONER OF CORRECTION OF INDIANA, ET AL. *v.* NELSON, A MINOR, BY NELSON, ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.